UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-422-FL(3)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )    ORDER TO SEAL |
| TWELVE-COUNT | )    INDICTMENT |
| INDICTMENT PRESENTED ON | ) |
| SEPTEMBER 16, 2020 | ) |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on September 16, 2020, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney, Drug Enforcement Agency, and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment when the defendant is apprehended or upon motion of the United States Attorney, whichever event occurs first.

This the 16 day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE